| | |
|---|---|
| 1 | Rebecca S. Glos, Esq. (SBN 210396) |
| 2 | rglos@watttieder.com<br>Kyle S. Case, Esq. (SBN 323653) |
| 3 | kcase@watttieder.com<br>Watt, Tieder, Hoffar & Fitzgerald, L.L.P. |
| 4 | 4 Park Plaza, Suite 1000<br>Irvine, CA  92614 |
| 5 | Telephone:   949-852-6700<br>Facsimile:    949-688-2139 |
| 6 | Attorneys for Plaintiffs |
| 7 | TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOKAKE CONSTRUCTION SERVICES, INC., an Arizona corporation,<br><br>Defendant. | Case No.<br><br>**CORPORATE DISCLOSURE OF PLAINTIFF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** |

TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel for Plaintiff Travelers Casualty and Surety Company of America ("Travelers"), hereby identifies the parent corporate entities for Travelers: Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company, which 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc.

/ / /

/ / /

1  The Travelers Companies, Inc. is the only publicly held company in the
2  corporate family. No individual or corporation owns 10% or more of the stock of The
3  Travelers Companies, Inc.

4  Dated: August 3, 2023                Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

By: */s/ Rebecca S. Glos*
   Rebecca S. Glos
   Kyle S. Case
   Attorneys for Plaintiff
   Travelers Casualty and Surety
   Company of America

20030744.1 103124.00047