UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOKAKE CONSTRUCTION SERVICES, INC., an Arizona corporation,<br><br>Defendant. | CASE NO. 2:23-cv-06301-HDV (AGRx)<br><br>[PROPOSED] AMENDED JUDGMENT |

On August 3, 2023, the Complaint (Document No. 1) in the instant action was filed by Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") containing the following causes of action against Defendant JOKAKE CONSTRUCTION SERVICES, INC. ("Jokake"): First Cause of Action for Breach of Contract, Second Cause of Action for Quia Timet, Third Cause of Action for Specific Performance, Fourth Cause of Action for Statutory Reimbursement, and Fifth Cause of Action for Declaratory Relief;

On August 30, 2024, the Court issued an order (Document No. 43) granting Travelers' Motion for Partial Summary as to the First Cause of Action for Breach of Contract (Indemnity Agreement) and Third Cause of Action for Specific

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW

Performance ("Motion for Partial Summary Judgment");

On September 20, 2024, Travelers and Jokake (collectively, "Parties") filed a Stipulation to Dismiss Without Prejudice the Second, Fourth, and Fifth Causes of Action from the Complaint (Document No. 44); and

On September 24, 2024, the Court issued an order dismissing without prejudice the Second, Fourth, and Fifth Causes of Action from the Complaint (Document No. 45).

On December 11, 2024, the Court issued an order granting Travelers' Motion for Attorneys' Fees and Related Nontaxable Costs ("Motion for Fees and Costs"), awarding $259,306.86 in attorneys' fees and $2,941.50 in nontaxable costs in favor of Travelers and against Jokake.

On January 3, 2025, the clerk of the Court taxed Travelers' costs in the amount of $3,255.15 in favor of Travelers and against Jokake.

The Court having considered the matter and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. On Travelers' First Cause of Action for Breach of Contract (Indemnity Agreement), judgment is hereby entered in favor of Travelers and against Jokake;

2. On Travelers' Third Cause of Action for Specific Performance, judgment is hereby entered in favor of Travelers and against Jokake;

3. On Travelers' First Cause of Action for Breach of Contract (Indemnity Agreement) and Third Cause of Action for Specific Performance, Travelers is awarded damages against Jokake in the amount of $25,000,000.00 which consists of:

    a. $12,278,694.68, exclusive of any fees and costs, for net losses incurred by Travelers through March 13, 2024; and

    b. $12,721,305.32 in collateral for future, anticipated losses which shall be paid by Jokake on or before thirty (30) days hereafter and shall be held and

administered by Travelers pursuant to the provisions of the General Agreement of Indemnity dated October 3, 2016 ("Indemnity Agreement").  Travelers may use the collateral to pay itself indemnity for any amounts actually incurred by Travelers and due from Jokake pursuant to the Indemnity Agreement.  Travelers may keep any unused collateral as security for any liability, loss or expense due to Travelers from Jokake, or any of them, pursuant to the Indemnity Agreement.  Travelers shall release any unused collateral only after all liability or potential liability from Jokake to Travelers is fully resolved; and

    4.    Travelers is awarded its fees in the amount of $259,306.86 and costs (nontaxable and taxable) in the amount of $6,196.65.

IT IS SO ORDERED.

DATED: 01/15/25

Honorable Hernán D. Vera
United States District Judge

20476165.1 103124.00070